

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **RUBEN PALAZZO** | * |
| Plaintiff | * |
| v. | * Adversary Proceeding No.: 19-00203 |
| **BAYVIEW LOAN SERVICING LLC,** *et al.* | * |
| Defendants | * |

### ORDER

Upon consideration of the Plaintiff's Motion to Extend Time for Plaintiff to Respond to the Court's Show Cause Order (ECF 27), it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Motion is **GRANTED.** Plaintiff's time to respond to the Court's Show Cause Order (ECF 27) is extended to November 12, 2019 and any response by the Defendant is extended to November 26, 2019.

# # # #