UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re: | * | |
| RUBEN PALAZZO, | * | Case No. 16-11319-TJC |
| | | Chapter 13 |
| Debtor. * | | |
| * * * * * * * | * * * * * * | |
| RUBEN PALAZZO, | * | |
| Plaintiff, | * | |
| vs. | * | Adversary Proceeding No.: 19-00203 |
| BAYVIEW LOAN SERVICING LLC, | * | |
| *et al.* | | |
| | * | |
| Defendants | | |
| * * * * * * * | * * * * * * | |

**DEFENDANTS COMMUNITY LOAN SERVICING LLC F/K/A BAYVIEW LOAN SERVICING LLC'S AND MANUFACTURERS AND TRADERS TRUST COMPANY'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

Defendants, Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC ("Bayview" or "CLS") and Manufacturers and Traders Trust Company d/b/a M&T Bank ("M&T") (together "Defendants"), by and through its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 56, made applicable herein pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure, hereby files this motion for summary judgment, and in support hereof, states as follows:

1. Defendants are entitled to summary judgment as a matter of law as there are no material facts in dispute.

2. As further support for this Motion, the Defendants refer the Court to and incorporates herein its Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

1

WHEREFORE Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC and Manufacturers and Traders Trust Company respectfully requests that this Court grant the Defendants' Motion for Summary Judgment, and for such other and further relief as this Court deems just and proper.

Dated: October 12, 2021                    Respectfully submitted,

*/s/ Patricia B. Jefferson*
Bradford Bernstein, Bar # 13811
Patricia Jefferson, Fed. Bar No. 27668
**Miles & Stockbridge**
11 N. Washington Street, Suite 700
Rockville, MD 20850-4229
301-762-1600
BBernstein@milesstockbridge.com
PJefferson@milesstockbridge.com

*Attorneys for Defendants, Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC and Manufactures and Traders Trust Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of October, 2021 a copy of the foregoing Motion was served via this Court's CM/ECF System upon:

Phillip R. Robinson, Esq.
Consumer Law Center LLC
8737 Colesville Road Suite 308
Silver Spring, MD 20910

                                                 */s/ Patricia B. Jefferson*
                                                 Patricia B. Jefferson